Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__US__ District of __COLOMBIA__

__Washington DC__ Division

MAHA VISCONTI (MOQADDEM)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Louis Sepe, Federal Bureau of Investigation, Central District court of California et al, Does 1-10

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case: 1:23-cv-03829
Assigned To : Cooper, Christopher R.
Assign. Date : 12/27/2023
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED
DEC 27 2023
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

page - 1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MAHA VISCONTI (MOQADDEM)
All other names by which you have been known: RESIDENT OF WASHINGTON DC and Morocco
ID Number: 6663784 (FRAUDULENTLY INCARCERATE
Current Institution: Century Regional Detention Facility
Address: Detained at 11705 S Alameda Street
Lynwood, CA
City: Lynwood    State: CA    Zip Code:

Address: Washington DC.

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Louis Sepe
Job or Title (if known): Attorney at "LACBA"
Shield Number: State Bar Number
Employer: Los Angeles BAR Panel Association for
Address: Indigent Defendants 12304 Santa Monica
Los Angeles    CA    90025
City    State    Zip Code
[X] Individual capacity    [ ] Official capacity

Defendant No. 2
Name: Federal Bureau of Investigation
Job or Title (if known): Headquater / Executive office
Shield Number: Federal Agency of United States
Employer: United States of America, DOJ
Address: 601 4th street, suite    , NW
Washington DC    DC    20535
City    State    Zip Code
[ ] Individual capacity    [X] Official capacity

page - 2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Central District court of California
Job or Title (if known): Filing intake clerks
Shield Number:
Employer: United States of America
Address: 2 EAS Temple street Room 180
Los Angeles, CA 90012

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defendant Louis Sepe in Cahoots with others from LACBA and a Bench official (corrupt officers) engaged in defrauding Plaintiff, violated and continue to violate Conflict of interest and the Constitution of United States Laws, as well as violation of 6th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Federal Bureaus of investigation have a duty to investigate FRAUD ON THE COURT, violations, Fraudulent and false imprisonment and attempt to tamper with jury Trials selection        page 3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

that can only take place through an agent of Joseph Burghardt Louis Sepe. FBI should Protect the courts and members of public from this abuse and violations of constant Fraud on the court at all levels in the case of Pinto SA098438

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Louis Sepe at LACBA engaged directly in harming Plaintiff causing her false imprisonment without correcting and rectifying this fatal error of false imprisonment

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain)

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The conduct took place through malice and deliberate disregard of Court Rules of Law by Louis Sepe in the Criminal case of Pinto SA098438 in the Courtroom Dept 83 of Superior State Court and at the Jail Facility CRDF in Lynwood

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Louis Sepe works and represents LACBA, the same company that has been sued by Plaintiff and caused False and Fraudulent incarceration of Maha Visconti, and continue in their illegal conduct through Louis Sepe now totally endangering the life of Plaintiff

page - 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The conduct of Louis Sepe started as of 9/6/2023 and the abusive conduct escalated on 12/12/2023 to serious endangerment to the life of Plaintiff and once more further misconduct of deliberate failure to communicate in writing on 12/14/2023 where Sepe got up and left. See EXHIBIT "1" is Letter to Sepe

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

ON 12/12/2023 while NOT conflict, Louis Sepe who never once responded as requested in writing, moreover communicated about anything about Discovery with Plaintiff went on scheduling Jury trial while Plaintiff is wrongfully held hostage in jail, hopeless and defenseless without any access to her evidence, files and important Records, to secure a false and fraudulent conviction from a Grade IV charge of life sentence.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff sustained and continues to sustain severe and irreparable damages when there has been serious interruption to important Discovery that was being done, and serious endangerement by Louis Sepe who without any single Discovery done, on 12/12/2023 suddenly schedule a trial date of 1/8/2023 in total disregard of the seriousness of his misconduct and action.
(See continuance in attachement)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Special and Punitive damages of 50 million Dollars Plaintiff suffered Severe emotional abuse, false imprisonment, Fraud on the court and it's coverup Plaintiff reserves the right to file seperate Statement with detailed Relief. Seek Temporary and Permanent Injunction Against Louis Sepe and Central District court of State of California

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CRDF, Filed various Grevances of Fraudulent incarceration but the failure of scpc to expose the Fraudulent incarceration made this worse

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)? Covered False incarceration But I was Directed to Judge Burghardt Could not file anything because your scpc Blocked me at every turn and Kept me hopeless and Defenseless in jail

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   I filed my Grievance at CRDF

2. What did you claim in your grievance?

   That I am wrongfully incarcerated without due process

3. What was the result, if any?

   To State that to Burghardt

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I filed appeals, complaints against sepc's appointment by force on 9/6 and 12/12/2023

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I sent various complaint letters to Louis Sape with no written answer. He interfered with my motion to transfer that was suppose to be placed back on calendar by supervisy judge Ocampo

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No state courts case filed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

    4. Name of Judge assigned to your case

        _____

    5. Approximate date of filing lawsuit

        _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/26/2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Maha Visconti (MaqADDEM)
Prison Identification #: 6663784
Prison Address: CRDF, 11705 S. Alameda St
Lynwood, CA 90262
(City, State, Zip Code)

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____ (City, State, Zip Code)
Telephone Number: _____
E-mail Address: _____