Attachement II

B. Additional Facts:

Louis Sepe, from LACBA (Los Angeles Bar Panel Association for indigent Defendants also known as IDP), a shady organization in defiance of international and US Laws violated the conflict of interest and continue to do so to this date that permanently exists between Maha Visconti and LACBA and their attorneys like Louis Sepe, who must have, and shall immediately decline to represent Plaintiff in any case or matter without her consent or approval.

LACBA has a history through their attorney Amber Gordon and also Louis Sepe of causing serious and irreparable harm and damage to Plaintiff since August 21, 2023 from false and fraudulent incarceration of Maha Visconti because of the Pinto Criminal Case No. SA098438, for 4 months of being jailed without due mandatory process, without even any police report ever filed by LACBA attorney(s) Amber Gordon nor any criminal case ever filed namity LACBA or/and their attorney Amber Gordon victims to anything. However, this same LACBA replaced Amber Gordon with Louis Sepe to keep Plaintiff hostage in jail for 8 months jail time that will all be demonstrated to this Honorable Court through an Evidentiary Hearing and evidence against LACBA, Louis Sepe and his associate Amber Gordon. There is no one in earth that those who caused

the current fraudulent incarceration of Maha Visconti who
hire LACBA and their stealth attorneys Amber Gordon and
now Louis Sepe, are the same individual(s)/company forcefully
posing to represent Plaintiff in Case W. SA098438 without
the consent, approval, authorization, nor Permission of Plaintiff,
without even any signed representation agreement ever signed by
Maha Visconti.

Louis Sepe at LACBA Never once ever responded in
writing as requested by law to various letters by Maha
Visconti, has not provided any state code provision
entitely him and his company "LACBA" to violate the clear
and permanent conflict of interest, are not parties to
the personal matter of Maha Visconti in criminal Case No.
SA098438 to receive any improper orders from any state
Court Judge to violate the law and must stay away
from personal business and affairs of Maha Visconti, and
must Decline and withdraw from fraudulently and illegally
interfering and forcing themselves on Plaintiff in ongoing concert
with a State court Judge falsifier of records by the name
of Joseph Burghardt who is being sued for fraud on the
court and its cover up, shopping around for attorneys at
ACBA To Further Defraud Plaintiff to secure A FRAUDULENT
conviction through Louis sepe in a Grade IV case
where an aggravated mayhem charge of life sentence was
Fraudulently added without a Grand Jury nor a Preliminary
hearing ever taking place approving of this absurd and
totally Fabricated charge to endanger the life of Maha

page_7

Visconti.

Louis Sepe has interfered with Maha Visconti's life and case by blocking her from representing herself, because of LACBA attorney Louis Sepe declines to engage in violating the conflict of interest just like a prior attorney also from LACBA John URIBE firmly decline to violate the conflict then judge Burghardt will have no other choice but to stop interfering in blocking Plaintiff from representing herself and presenting all her evidence that will dismiss the bogus case of Pinto.

Louis sepe has engaged in conspiring with Judge Joseph Burghardt to keep Plaintiff hostage in Jail and filed 2 motions for the form only while he is not conflict free, while sepe knew in advance that both Motions scheduled for 12/12/2023 will be denied by Burghardt and that same day, Sepe who never once had any single communication with Maha Visconti about this case and the 5 exagerated Felonies, suddenly scheduled trial in three weeks of life sentence charge before ever once Communicating with the person he erronously states and poses to represent and is now endangering the entire life of Maha Visconti with a new plot to handpick 6 individuals as juries who are linked to Burghardt and his group of conspirators in an ongoing Vendetta against Maha Visconti to secure by hook or by crook a fraudulent and false conviction to justify 4 years of Jail time

that Maha Visconti has served solely because of this Case of Pinto No. SA0984350, After Plaintiff refused to accept any Plea Deal offered by Judge Burghardt in his private chambers on 3/1/2023, that is the reason Burghardt that same day 3/1/2023 removed by force the private attorney George Murphy, Stole and took by Force voluminous files and documents in 5 boxes of Plaintiff and gave them by force to LACBA attorney Amber Gordon to block all the Discovery in favor of Plaintiff's Defense, and after an Honorable Judge James Bianco removed Gordon on 4/12/2023 from forcefully posing as attorney for Maha Visconti, and ordered GORDON to return back the 5 Boxes of files/Documents, State court Judge used his connections with his co-conspirator Lauren Weis Blenstein (who was forced to recuse herself from the Case of Pinto SA098438), and made someone more the Honorable Judge James Bianco to totally another court, and the 5 Boxes were never returned back to Plaintiff to this date as ordered by Honorable Bianco, and instead these 5 Boxes of Personal Files and Documents ended up in the possession of Defendant Louis Sepe Tampering with evidence and covering it up.

The malpractice of Sepe, participation in the false incarceration of Maha Visconti and now the New plot to go to a trial while prohibited by law to forcefully represent Plaintiff will cause her to be falsely convicted

from very high and fraudulently added charge of life sentence before it is first dismissed as count 3 to case of Pinto SA098438.

Not only that this Sepe only met with Plaintiff for 5 minutes total until December 7, 2023, and once more on December 14, 2023, where the attorney Room for visits has not been functioniy and totally dark from no lighting that makes any attorney Visit impossible until the Visit room for attorneys is repaired. On December 14, 2023 short visit of 3 minutes by Louis Sepe, Maha Visconti specifically wrote a note iv the regular Visit room to Sepe to communicate in writing while there, then after reading the note, Louis Sepe got up and left. But yet Sent an email after this baseless visit that he will not continue trial when this total stranger never once communicated with any witnesses, Expert witnesses, never once communicated with Maha Visconti about any of her evidence and Discovery for her Defense against Pinto, and rushing to a trial on Life Sentence Charge when Sepe is not conflict free, and when Maha Visconti is currently hostage iv jail serving time while never ever found guilty of Pinto case SA098438, to secure fraudulently a false conviction.

Not only that, while Louis Sepe is not conflict free intends to file a 995 motion for the adding of aggravated mayhem for the form only, while he knows the motion

page-10

is plotting and conspiring to file (for the form only will be denied by Burghardt, so they can proceed with a trial on life sentence charge illegally added without

due process that must be prepared with evidentiary Hearing and expert witnesses way before any trial is scheduled to make sure this Fatal error of the adding s/ an aggravated mayhem is deleted out because no Grand Jury nor any Preliminary hearing ever took place about the adding s/ this Aggravated Mayhem charge.

So, criminal and conspirator sepe wants to file the 995 motion on the same day of a trial he improperly scheduled while not Conflict free iso there is no time to file any motions for reconsideration nor any evidentiary Hearings in support and this added Aggravated Mayhem charge, causing outmost danger to the life of maha Visconti and hacking of her life by LACBA and louis sepe.

Plaintiff reserves the right to file a contempt against Louis Sepe for violating the conflict of interest without providing a Provision code that would entitle Sepe from Violating the conflict, while placing himself above the Law.

Plaintiff reserves the right to file a seperate Brief and Additional statement of facts against Defendant Louis sepe and his conspirators with State court Judge Joseph Burghardt, Lauren Weis Birnstein with the group of Criminal

page - 11

John Visconti (who faced his own death repeatedly) at Central District court of California, hacking of the Federal Court system through-trained certain clerks who operate from Room 180 civil intake at the United States Bankruptcy court where John Visconti fraudulently Bankrupted Axium international, to handpick certain particular Judges to cases

Federal Bureaus of investigation executive office who are a party to this action have an obligation to investigate this fraud, violations and false imprisonment and future plots to secure fraudulent and illegal conviction through Louis sepe in direct violation of the conflict, to protect the public as well as the courts from this massive abuse, unlawful ongoing conduct by Judicial officers taking the law into their own hands, because they have connections with certain Goverment Officials.

There is indisputable evidence of prior and current fraudulent incarceration of maha Visconti in addition to the current new plot to rush a trial without due process by using Louis sepe in violation of 6th Amendment right for self representation that FBI has an obligation and duty to investigate.

Attachement-II

D_ Additional Facts:

Louis Sepe's action caused Maha Visconti to remain in jail hostage for 8 months jail time. Not once the lack of due process was ever mentioned by Sepe that will be demonstrated to the court, to render favors to Burghardt, Birnstein and their group to keep Plaintiff hostage in jail in the case of Pinto SA098428, because of LACBA attorney "Amber Gordon", who does not have any single police report mor any Criminal case apointing Judge Burghardt as a Judge in any matter of Amber Gordon, Since Joseph Burghardt as per indisputable records is not mor was ever a judge assigned by State court on any matter of Amber Gordon The records are clear that Judge Burghardt is a Judge in the case of Albert Pinto's police (bogus) report in the case SA098438, But yet incarcerated Maha Visconti through perjury and lack of jurisdiction to unlawfully incarcerated her because of Amber Gordon but in the case of Pinto SA09843

Louis Sepe played a major role in covering this up and never ever mentioning it anywhere to make sure that Plaintiff remains hostage in Jail without her Discovery, additional Discovery to be obtained, mor the ability to access any of her evidence from a Jail cell

Then Louis sepe failed to answer in writing to any of the Letters to him, and failed to provide State or

page_13

a Federal Code Provision that would entitle Louis Sepe to violate the conflict.

Then on December 12, 2023, Louis Sepe Conspired with others to abruptly rush scheduling trial on Aggravated mayhem charge within 3 weeks of Holidays season and threatened maha Visconti that he is going to have trial on 01/08/2023, and that she can go up to the President of United States, thinking he is above everyone this serial Criminal. When maha Visconti has spent 4 years of jail time because of this case of Pinto, 2 and half years was wasted in this case from prior sexual abuse by attorney Russel Halpern who admitted to his crime of sexual misconduct towards maha Visconti on APRIL 14, 2023 before his associate Lauren Weis Bienstein, when 1 year was wasted and not counted for, from frivolous conduct of twice referring this case of Pinto to Menthal Health court in mid 2021 and on march 1, 2023 by Gordon at LACBA where Plaintiff was declared Competent, in addition to covid times that all hearings were just continued for months.

As a Result of All this Plaintiff suffered severe emotional Distress, abuse, Loss of Freedom, False and Fraudulent imprisonment, interference of her civil Cases, interference of her work and right to Discovery, abuse of her Constitutional rights and serious violations to the Constitution of United states, Fraud on the court and its cover up by Louis Sepe and Defendant District court of Central Division of California from hacking of the court system to handpick judges to the civil cases of maha Visconti.

page- 14

## V. INJURIES

The injuries are substantial, irreparable from the conduct and the ongoing conduct by Defendants of life endangerment causing Plaintiff to loose her freedom, her right to Discovery and time to prepare for her defense and vacating unlawful charge of life sentence. False imprisonment and violations of Constitutional Right

Plaintiff reserves the Right to file a seperate statement of facts and detailed injuries as she continues to be the subject of outmost torture, abuse, retaliation and Fraud, as well as serious endangerment of her entire life.

Page. 15

EXHIBIT

"1"

EVIDENCE OF ANOTHER ATTORNEY AT
LACBA Mr. John URIBE WHO REFUSED
To nrulate the conflict of interest
that PERMANENTLY EXISTS WITH "LACBA"
also known as "IDP" that Louis Sepe
(Defendant) Represents.

1            COURT OF APPEAL OF THE STATE OF CALIFORNIA

2                  SECOND APPELLATE DISTRICT

3                            -oOo-

4    THE PEOPLE OF THE STATE OF CALIFORNIA,      )
                                                 )
5               PLAINTIFF-RESPONDENT,            )
                                                 )SUPERIOR COURT
6                      VS.                        )NO. ZM079269
                                                 )
7    MAHA MOQADDAM (VISCONTI),                   )

8               DEFENDANT-APPELLANT.              )

9    _____       )

10      APPEAL FROM THE SUPERIOR COURT OF LOS ANGELES COUNTY

11         HONORABLE MARTHA MATTHEWS, JUDGE PRESIDING

12           REPORTER'S TRANSCRIPT ON APPEAL

13                     JUNE 8, 2023

14

15

16    APPEARANCES:

17    FOR PLAINTIFF-RESPONDENT:

18                      OFFICE OF THE ATTORNEY GENERAL
                        300 SOUTH SPRING STREET
19                      NORTH TOWER, SUITE 1701
                        LOS ANGELES, CALIFORNIA   90013
20

21    FOR DEFENDANT-APPELLANT:

22                      IN PROPRIA PERSONA

23

24

25

26

27    VOLUME 6 OF 12              NATCHEZ FOWLER, CSR NO. 13913
      PAGES 1501 - 1511/1800,    OFFICIAL COURT REPORTER
28    INCL.

**CERTIFIED TRANSCRIPT**

1          M A S T E R     I N D E X

2                  VOLUME 6

3

4                  SESSIONS

5                                            PAGE

6    THURSDAY        JUNE 8, 2023

7    A.M. SESSION                            1503

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1   CASE NUMBER:              ZM079269
 2   CASE NAME:               THE PEOPLE OF THE STATE OF
 3                            CALIFORNIA VERSUS MAHA MOQADDAM
 4                            (VISCONTI)
 5   LOS ANGELES, CALIFORNIA  THURSDAY, JUNE 8, 2023
 6   DEPARTMENT 203           HON. MARTHA MATTHEWS
 7   REPORTER:                NATCHEZ FOWLER, CSR NO. 13913
 8   TIME:                    A.M. SESSION
 9   APPEARANCES:
10            (DEFENDANT BEING PRESENT IN COURT AND
11            PROVISIONALLY REPRESENTED BY COUNSEL,
12            JOHN URIBE, BAR PANEL, THE PEOPLE BEING
13            REPRESENTED BY SHARON RANSOM, DEPUTY
14            DISTRICT ATTORNEY OF LOS ANGELES, STATE
15            OF CALIFORNIA.)
16
17                      ---oOo---
18
19         THE COURT:  WE HAVE NUMBER 33, PEOPLE VERSUS
20   MOQADDAM.  APPEARANCES, PLEASE.
21         MR. URIBE:  GOOD MORNING, YOUR HONOR.  JOHN
22   URIBE, SPECIALLY APPEARING AS A FRIEND OF THE COURT ON
23   THIS MATTER.
24         MS. RANSOM:  SHARON RANSOM FOR THE PEOPLE.
25         THE COURT:  OKAY.
26         MR. URIBE:  YOUR HONOR, AS YOU MAY RECALL, I
27   WAS PROVISIONALLY APPOINTED FOR THE PURPOSES OF SEEING
28   IF I COULD INTERACT WITH THIS PARTICULAR DEFENDANT.  I
```

1    WAS INFORMED THAT SHE HAS SUED THE ENTIRE IDP PANEL AND

2    ALL THE ATTORNEYS ON THERE.  SHE GAVE ME A CASE NUMBER

3    THROUGH THE INTERPRETER HERE THAT'S STANDING TO MY

4    RIGHT.  AND THERE WAS ABSOLUTELY REFUSAL TO ENTER AND

5    ENGAGE IN ANY WAY, SHAPE OR FORM WITH HER.

6              SO I -- I HAVE A POTENTIAL CONFLICT AT MINIMUM

7    AND WILL NOT BE ABLE TO BE APPOINTED ON THE CASE.  AND

8    THAT IS THE STATUS.

9              THE COURT:  OKAY.  SO IS IT FACTUALLY TRUE

10   THAT MS. MOQADDAM IS ENGAGED IN LITIGATION AGAINST THE

11   ENTIRE BAR PANEL?

12             MR. URIBE:  SHE -- SHE GAVE ME A CASE NUMBER

13   AND A CAPTION.

14             THE COURT:  DO YOU KNOW WHETHER SUCH AN ACTION

15   HAS BEEN FILED?  BECAUSE THAT WOULD DETERMINE WHETHER

16   YOU HAVE A CONFLICT OR NOT.

17             MR. URIBE:  WELL, YOUR HONOR, AT MINIMUM, I

18   HAVE A MINIMUM OF POTENTIAL CONFLICT AND WILL NOT BE

19   ACCEPTING THIS CONSIDERATION FOR APPOINTMENT.

20             THE COURT:  JUST -- SORRY.  I NEGLECTED TO ASK

21   THE FRENCH INTERPRETER TO STATE HER CREDENTIALS.  SORRY

22   ABOUT THAT.

23             THE INTERPRETER:  YES.  MY NAME IS ODILE

24   BARTH.  I HAVE AN OATH ON FILE.  MY CERTIFICATION IS

25   700046.

26             THE COURT:  WELL, THE DIFFICULTY IS THAT

27   MS. MOQADDAM IS ENTITLED TO LEGAL REPRESENTATION.  HER

28   REQUEST TO REPRESENT HERSELF HAS BEEN PREVIOUSLY DENIED

1   AND WILL NOT BE GRANTED.  AND IF YOU ARE UNABLE TO

2   ACCEPT APPOINTMENT, I'M NOT REALLY SURE WHAT THE

3   COURT'S NEXT OPTION IS.

4         MR. URIBE:  I DON'T EITHER.

5         MR. PINTO:  YOUR HONOR, MAY I BE HEARD?

6         THE COURT:  NO, SIR.  WE'RE JUST -- WE'RE NOT

7   EVEN TO THE MERITS OF THIS CASE.  THE ISSUE IS JUST WHO

8   IS TO REPRESENT MS. MOQADDAM.  I DON'T KNOW WHETHER THE

9   PEOPLE HAVE ANY SUGGESTIONS AS TO HOW TO HANDLE THAT

10  QUESTION.

11        MS. RANSOM:  YOUR HONOR, I DO NOT.  BUT I JUST

12  RECEIVED A 170.6 --

13        THE COURT:  YEAH.  NO.  THAT'S FROM A WHILE

14  AGO.

15        MS. RANSOM:  OKAY.  I WAS JUST GIVEN THAT.

16        THE COURT:  THAT HAS ALREADY BEEN DEALT WITH.

17  IT WAS DENIED AS UNTIMELY AND IMPROPER.

18        MS. RANSOM:  OKAY.  IF BAR PANEL IS THE LAST

19  RESORT, SHE MIGHT HAVE TO HIRE AN ATTORNEY.

20        MR. URIBE:  OH, YOUR HONOR, MAY -- SHE DID SAY

21  THAT SHE DID HAVE AN ATTORNEY BY THE NAME OF GEORGE

22  MURPHY.

23        THE COURT:  CURRENTLY?  MS. MOQADDAM, ARE YOU

24  CURRENTLY REPRESENTED BY A MR. GEORGE MURPHY?

25        IT'S A YES-OR-NO QUESTION.  ARE YOU CURRENTLY

26  REPRESENTED BY A MR. GEORGE MURPHY?

27        THE DEFENDANT:  YES.  HE CAN REPRESENT ME IN

28  THIS CASE.

```
 1              THE COURT:  AND WHERE IS MR. MURPHY TODAY?

 2              MR. URIBE:  HE IS IN CALABASAS AND HE HAS A

 3     DEPOSITION.

 4              THE COURT:  SO IF THE COURT -- SINCE YOU DO

 5     NOT APPEAR WILLING TO WORK WITH ANY -- ANY OTHER

 6     ATTORNEY, IF THIS MATTER WERE TO BE CONTINUED FOR A

 7     WEEK OR SO FOR MR. MURPHY TO APPEAR, DO YOU KNOW FOR

 8     SURE THAT MR. MURPHY HAS ENGAGED TO REPRESENT YOU IN

 9     THIS CASE AS WELL AS ANY OTHER CASE YOU MAY BE

10     BRINGING?

11              THE DEFENDANT:  YES.  HE CAN REPRESENT ME.

12     YES.

13              THE COURT:  ALL RIGHT.  I WILL GRANT --

14              MR. PINTO:  YOUR HONOR, PLEASE.  THIS IS NOT

15     THE CASE.

16              THE COURT:  MR. PINTO.

17              MR. PINTO:  YOUR HONOR.

18              THE COURT:  MR. PINTO, I FULLY UNDERSTAND YOUR

19     FRUSTRATION.  BUT YOU NEED TO STOP BECAUSE WE SIMPLY --

20     WE CANNOT GO FORWARD WITHOUT LEGAL REPRESENTATION.

21              MR. URIBE:  AND WHO IS MR. PINTO?

22              THE COURT:  MR. PINTO IS THE VICTIM OF THE

23     CRIME ALLEGED IN THIS CASE.

24              MR. PINTO:  MURPHY HAS BEEN REMOVED.

25              MS. RANSOM:  YOUR HONOR, I'M SORRY.

26              MR. PINTO:  YOUR HONOR, IT'S JUST THAT --

27              THE COURT:  STOP.  YES?

28              MS. RANSOM:  THERE'S A PRESUMPTION OF
```

1    COMPETENCE.  SO IF SHE'S NOT COOPERATING WITH ANYONE TO

2    DETERMINE IF SHE'S INCOMPETENT, MAYBE WE SHOULD REFER

3    THE CASE BACK TO CRIMINAL COURT.

4           THE COURT:  WELL, THAT'S ANOTHER THING THAT

5    COULD HAPPEN.  WE'VE KIND OF BEEN STUCK ON THE ISSUE OF

6    REPRESENTATION FOR QUITE SOME TIME.  SO MS. MOQADDAM IS

7    REPRESENTING THAT SHE CURRENTLY HAS AN ATTORNEY WHO SHE

8    HAS HIRED WHO IS GOING TO REPRESENT HER IN THIS MATTER.

9    MS. MOQADDAM, IS THAT CORRECT?

10          THE DEFENDANT:  YES.

11          THE COURT:  ALL RIGHT.

12          MR. PINTO:  YOUR HONOR, JUDGE (UNINTELLIGIBLE)

13   REMOVED MR. MURPHY FROM THE CASE.  HE REMOVED HIM FROM

14   THE CASE.

15          THE COURT:  OKAY.  MR. PINTO, UNFORTUNATELY,

16   THE ONLY PARTIES TO THIS MATTER ARE MS. MOQADDAM AND

17   THE DISTRICT ATTORNEY.  SO I -- I UNDERSTAND THAT YOU

18   WANT TO PROVIDE INFORMATION TO THE COURT AND I

19   APPRECIATE IT.  BUT I'M GOING TO GIVE --

20          MR. PINTO:  5 YEARS, YOUR HONOR.  THIS IS --

21   MR. MURPHY WAS REMOVED FROM THE CASE BY JUDGE BURGHARDT

22   [SP] FOR MISCONDUCT AND FOR CONTEMPTUOUS BEHAVIOR AND

23   FOR REFUSING TO GO TO TRIAL.  THERE IS A LONG ORDER

24   FROM THAT COURT, FROM THE COURT IN THIS CRIMINAL

25   MATTER.  MR. MURPHY WAS REMOVED.  JUDGE BURGHARDT SAID

26   HE HAS NEVER DONE THAT BEFORE, EVER.

27          THE COURT:  OKAY.  SIR, THE DIFFICULTY IS

28   THAT -- IT'S TWO DIFFERENT COURTS.  AND I KNOW THERE'S

```
 1    A LONG HISTORY.  I'M GOING TO TELL YOU EXACTLY WHAT'S
 2    GOING TO HAPPEN.  OUT OF AN ABUNDANCE OF CAUTION AND
 3    RESPECT OF A CRIMINAL DEFENDANT'S DUE PROCESS RIGHTS,
 4    I'M GOING TO GRANT ONE FURTHER CONTINUANCE.  ON THAT
 5    DATE --
 6              MR. PINTO:  YOUR HONOR, IT'S BEEN 5 YEARS,
 7    YOUR HONOR.
 8              THE COURT:  MR. PINTO, I'M GOING TO HAVE TO
 9    ASK YOU TO STOP TALKING.  I'M SORRY.  I'M GOING TO PUT
10    THE CASE OVER UNTIL NEXT MONDAY, JUNE 12TH, THAT'S
11    4 DAYS FROM NOW.  ONE OF TWO THINGS WILL HAPPEN.
12    EITHER MR. MURPHY WILL APPEAR ON THAT DATE REPRESENTING
13    MS. MOQADDAM OR I WILL FOLLOW THE DA'S SUGGESTION,
14    WHICH IS THAT IF WE SIMPLY CAN'T PROCEED ANY OTHER WAY,
15    THE COURT WILL APPLY THE PRESUMPTION OF COMPETENCE AND
16    SEND THIS MATTER BACK TO THE CRIMINAL COURT.
17              MR. PINTO:  YOUR HONOR, HAS THERE BEEN A
18    REPORT?
19              THE COURT:  NO.  THAT'S THE PROBLEM.  ONE OF
20    TWO THINGS IS GOING TO --
21              MR. PINTO:  YOUR HONOR --
22              THE COURT:  MR. PINTO, STOP.  OKAY?  YOU'RE
23    NOT A PARTY.  I'M SORRY.  I UNDERSTAND YOU HAVE AN
24    INTEREST IN THIS CASE AS A VICTIM.
25              MR. PINTO:  THIS MAKES ME A PARTY
26    (INDICATING).
27              THE COURT:  PLEASE STOP.
28              SO MS. MOQADDAM, YOU ARE ORDERED TO RETURN TO
```

1   THIS COURT ON MONDAY, JUNE 12TH, WITH YOUR ATTORNEY,

2   MR. MURPHY.  IF YOU DO NOT COME, A BENCH WARRANT WILL

3   BE ISSUED FOR YOUR ARREST.  IF YOU DO COME, YOU MUST

4   BRING YOUR ATTORNEY WITH YOU.

5          THE DEFENDANT:  ON THE 12TH IS NOT POSSIBLE,

6   YOUR HONOR, BECAUSE WE HAVE A CASE, HEARING ALREADY IN

7   FEDERAL COURT WHERE MR. MURPHY WILL BE ENGAGED AT

8   THERE.  SO ANY OTHER DAY WILL WORK.

9          THE COURT:  ALL RIGHT.  HOW ABOUT THE 13TH?

10          THE DEFENDANT:  THAT'S FINE.  BUT NOT THE

11   12TH.

12          THE COURT:  FINE.  THE 13TH OF JUNE.  YOU ARE

13   ORDERED TO RETURN TO THIS COURT ON THE 13TH OF

14   JUNE WITH COUNSEL.  I MEAN, IF YOU'RE NOT HERE OR

15   YOU'RE NOT REPRESENTED BY COUNSEL, I WILL ISSUE A BENCH

16   WARRANT IF YOU'RE NOT HERE.  IF YOU ARE HERE --

17          THE DEFENDANT:  I WILL BE HERE.

18          THE COURT:  ALL RIGHT.  AND YOU DON'T HAVE

19   COUNSEL WITH YOU, THEN I WILL SIMPLY PRESUME THAT

20   YOU'RE COMPETENT AND SEND THE CASE BACK TO CRIMINAL

21   COURT.  DO YOU UNDERSTAND THAT, MS. MOQADDAM?

22          THE DEFENDANT:  YES.  AND I HAVE A QUESTION.

23   I HAVE A QUESTION.  I WANT TO TALK TO --

24          THE COURT:  THE COURT WILL NOT ENTERTAIN ANY

25   LEGAL ARGUMENTS UNTIL MS. MOQADDAM'S COUNSEL IS

26   PRESENT.  I'LL SEE YOU ON THE 13TH.

27          THANK YOU, MR. PINTO.  I UNDERSTAND HOW

28   FRUSTRATING THIS MUST BE.  THE NEXT HEARING DATE IS

1    NEXT TUESDAY THE 13TH.  FRENCH INTERPRETER ORDERED FOR

2    THAT DATE.

3              THE DEFENDANT:  MY ATTORNEY WILL RAISE THAT

4    ISSUE.

5              THE COURT:  I'M SORRY.  I'M GOING TO ASK TO

6    ASK THE INTERPRETER TO STOP INTERPRETING.  THE HEARING

7    IS OVER.  WE'LL NOT ENTERTAIN ANY LEGAL ARGUMENTS UNTIL

8    COUNSEL IS PRESENT.

9              MR. URIBE:  YOUR HONOR, I JUST WANT TO MAKE

10   SURE I'M NOT ON THAT MINUTE ORDER REFLECTED AS COUNSEL.

11             THE COURT:  NO.  YOU WERE ONLY PROVISIONALLY

12   APPOINTED AND YOU MADE IT CLEAR THAT YOU'RE NOT

13   ACCEPTING APPOINTMENT AND YOU STATED THE BASIS FOR

14   THAT.

15             MR. URIBE:  THANK YOU, YOUR HONOR.

16             (THE PROCEEDINGS CONCLUDED AT 10:15 A.M.)

17

18

19

20

21

22

23

24

25

26

27             (NEXT VOLUME AND PAGE NUMBER IS

28              VOLUME 7, PAGE 1801.)

1511/1800

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2    FOR THE COUNTY OF LOS ANGELES

3    -oOo-

4    DEPARTMENT 203                HON. MARTHA MATTHEWS, JUDGE

5    THE PEOPLE OF THE STATE OF CALIFORNIA,           )
                                                       )
6                         PLAINTIFF,                   )  CASE NO.
                                                       )  ZM079269
7        VS.                                           )
                                                       )
8    MAHA MOQADDAM (VISCONTI),                         )
                                                       )  REPORTER'S
9                         DEFENDANT(S).                )  CERTIFICATE
                                                       )

10

11

12

13              I, NATCHEZ FOWLER, OFFICIAL COURT REPORTER

14   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR

15   THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID

16   CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND

17   THAT THE FOREGOING PAGES 1501 THROUGH 1510, INCLUSIVE,

18   COMPRISE A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE

19   PROCEEDINGS AND TESTIMONY TAKEN IN THE MATTER OF THE

20   ABOVE-ENTITLED CAUSE ON JUNE 8, 2023.

21

22              EXECUTED THIS DAY, OCTOBER 30, 2023, AT

23   LOS ANGELES, CALIFORNIA.

24

25   _____

26   NATCHEZ FOWLER, CSR NO. 13913

27

28

EXHIBIT
"2"

Letter to Louis Sepe
From maha Visconti

December 11, 2023

From: Maha Visconti (MOQADDEM)

To : LOUIS SEPE AT LACBA
(Los Angeles County Bar Panel Association
For INDIGENT Defendants) also
known as IDP (INDEPENDAND
DEFENDANT PROGRAM)

Louis Sepe,

This now serves as my fourth letter to
your person that you have ignored to answer to,
mainly my documented letter of September 22, 2023
that was mailed, and delivered to your office where
you are a box to conduct business, when in fact you
work from your home.

The 2 motions you have filed while you are
not my attorney and you are not conflict free from
major Lawsuit and litigation with LACBA and your
person that caused me to be falsely and fraudulently
incarcerated for the past 4 months.

If you were really my attorney, I would not have
spent one day in this jail since September of 2023 to
this date so the 2 motions you filed in Pinto criminal

Page _ 1

Case SA098438 is obviously for the (arm)', while you know damn well both of these motions will be denied so why file motions in my case when you know they will be denied is another trick and plot to stage you are legitimate to represent me

Let's first address the baseless Motion # 1 to be released on OR:

The motion is deficient because it does not address the core issue of lack of due process to be in jail when you know well Burghardt placed me in jail because of Gordon in the case of Pinto without a police report nor a criminal case ever filed by Gordon. Burghardt only has jurisdiction over Pinto's police report and case not Gordon. So you skipped out this vital point

The motion to reinstate my proper that is none of your business because you are not my attorney nor a party to this case. If you really care I represent myself that I am very capable of doing, then you must decline to be engaged in forcefully posing as an attorney in the Pinto case against my wish. Simple and easy; just like John Uribe at LACBA had done in the same Superior court of this county.

Stop your games and in placing yourself above the law as an officer of the court your tricks are very short lived because we all know both baseless motions

Page - 2

of yours without any single evidence, Exhibits are nothing
but fake.

Truly

Maha Vism

EXHIBIT

"3"

December 21, 2023         CASE # SA098438

AFFIDAVIT OF MAHA
VISCONTI   MOQADDEM
THAT LOUIS SEPE, AMBER GORDON
AND ANYONE FROM "LACBA" ARE
NOT NOR WERE EVER HER
ATTORNEY
NOR WILL EVER BE

TO THE HONORABLE UNITED STATES ATTORNEY
GENERAL, SECRETRY STATE OF CALIFORNIA, LOS
ANGELES COUNTY BOARD OF SUPERVISORS, SUPERIOR
STATE COURT OF LOS ANGELES COUNTY, AND SUPERVISING
JUDGE OF CRIMINAL COURTS OF LOS ANGELES COUNTY
RICARDO OCAMPO:

My name is Maha Visconti, alias Maha EL MOQADDEM,
and I have never my entire life been named Pinto that
is intentionally and deliberately reflected on the court Docket
in Criminal case of my prior attorney Albert Gregory Pinto
Case No. SA098438, that after repeated requests to correct that,
has not been corrected by Judge Joseph Burgnardt and
District Attorneys in this Case
   I am named Defendant in this Criminal case formed by

AFFIDAVIT _ Page 1

my prior attorney Pinto in cahoots with Los Angeles District Attorney from ANOTHER, bogus and fake police report filed by a police Detective DAVID HARO without any single photo of any injury to the left eye of Albert Pinto on July 12, 2018 by covering up, concealing and hiding to this date my severe injuries all over my legs at the time I was falsely arrested from being kicked physically constantly attacked and beaten up by ALBERT PINTO who comes from an organized crime family background who were many years ago raided by Federal Authorities and known to be Fraud Artist. This is the man Criminal John Visconti chose with his co-conspirators to sent to me to approach me as an attorney during a child custody hearing who is the same ALbERT Gregory Pinto on first week of July Just few days before John Visconti was submitted to Federal Prison, so they can perpetrate and fabricat/another fake Police Report against me. I have all the evidence to Dismiss this case of Pinto SA098458 Just Like I priviously Dismissed another bogus and fake police report filed by Criminal John Visconti from a parking Lot (where I was never my entire life) dated July 6, 2017 that I proved to be false as per ruling issued on December 5th, 2018 in child custody court. BAU49560, but have been blocked, denied the Right to organize and present my evidence, and tortured as well as placed in a current situation since 8/21/2023 unabling me to conduct

AFFIDAVIT - PAGE 2

any work for my defense while fraudulently incarcerated without due process in Case No. SA098438 by Judge Joseph Burghardt, who stole my files by taking them by force of 5 boxes of my personal files, Discovery and Documents since March 2023 to this date, and gave my 5 boxes of my files to total strangers who are and were never at any time, shape nor form authorized to go through my personal information by LACBA's attorneys Amber GORDON AND LOUIS SEPE. These files were ordered by the most Honorable Judge Honorable James Bianco to be returned back by Amber GORDON, but since the order was issued on 4/7/2023, repeated on 4/12/2023, The honorable Bianco was mysteriously moved to an entirely different Court and the files of my 5 boxes have never been returned back to me to this date because Judge Joseph Burghardt improperly and intentionally blocked me from receiving back my personal files for now 9 (NINE) entire months

Louis Sepe, a typical criminal who operates from a rented box and works from his home has never ever once met with me to communicate in writing or any other way about important Discovery for my Defense and on 12/12/2023 filed in violation of the conflict 2 baseless motions for "the form only" that he knew well will be denied by Burghardt, and on that same day Sepe scheduled trial within 3 week on 1/8/2024, when this is a Grade II case from an aggravated mayhem charge of life sentence that was added on 1/17/2020 by Lauren Blanstein without a Grand Jury nor a Preliminary Hearing on ___ proving this charge so Sepe Could secure a

AFFIDAVIT- Page 3      FALSE Conviction

I am competent and capable of Dismissing this case like I dismissed two false police reports and cases on my own, and very capable of representing myself that is demonstrated on the face of the court transcript of August 24, 2023 when I cross examined Amber Gordon at LACBA in the case of Pinto SA098438, therefore I have full control of my actions and I am perfectly capable handling my personal affairs. With clarity of mind, what I am stating in this formal affidavit, so help me God, is true, correct, and complete. This is a legal document whose intent is to notify you, LACBA also called "IDP" (that is Los Angeles Bar Panel Association for Indigent Defendants), and the entire Superior Court of Los Angeles County and its board of supervisors, your organization, or unknown persons have no legal standing, and any documents created by LACBA attorneys Amber Gordon and now Louis Sepe with State court Judge Burghardt and others with them by their interfering and clear violation of the conflict are null and void, that under my protest GORDON, Sepe (with Judge Burghardt) have conspired to represent me without my consent.

Louis Sepe at LACBA, (Amber Gordon previously), in concert and participation with State court bench officer Joseph Burghardt are in violation of not only the conflict that evidently and without a doubt exists between me and Louis Sepe, Gordon and LACBA (From Litigation in civil in Federal court), but also in interfering in an on-going court case N. SA098438. Please be aware that the Law provides me to choose my own legal consul who is George Murphy and was

AFFIDAVIT - Page 4

removed by force by Judge Joseph Burghardt on 3/1/2023 because on that date me and mr murphy were offered a Plea Deal by Burghardt and firmly refused to take any plea Deal only a full dismissal. Please be also aware that the Law provides me to represent myself again, just like I previously represented myself in another bogus case (Criminal case from child custody) on APRIL 28, 2017 that I successfully dismissed on my own. I am the same person I was on APRIL 28, 2017, except that I now have more knowledge to represent myself better then I was in 2017. Therefore, in this Communication. Louis Sepe, PRIOR AMBER GORDON and entire LACBA attorneys are instructed to immediately stop and desist, especially the bold violator of Rules of Law Louis Sepe, from falsely posing to represent me, I am not a client of Louis Sepe, LACBA nor ever was a client of Amber Gordon at LACBA, in the past, present, nor will I ever grant Louis Sepe and LACBA's attorneys that position. Sepe, LACBA and prior Amber Gordon have breached my privacy and have illegally viewed my private records, as these individuals well know, a specific notice on the face of the 3 containers (boxes) Containing my files, a note was posted on each container stating " Private not to be viewed by unauthourized persons". Louis Sepe and PRIOR Amber Gordon (From LACBA) have committed a crime and it will be investigated and you (Louis Sepe and Amber Gordon) will have to face the consequences of your illegal actions on my life in a court of Law, or/and by Government officials as well as LACBA executive(s) that Amber Gordon
AFFIDAVIT - Page 5

and now Louis Sepe with State Bar # —  — and 276908 work for).

Louis Sepe is hereby instructed with Amber Gordon to return all my records, existing or recently manufactured so we can assess the damage that you (Sepe and Gordon) have caused. The Court's instructions that had sole jurisdiction on APRIL 2, 2023 at Hollywood court not Burghardt were clear on 4-12-2023 by Honorable James Bianco that Gordon returns my files 3/5 boxes of my documents that ended up with her associate Louis Sepe.

We are aware that you (Louis Sepe and Amber Gordon) did not act alone, and you are hereby notified to provide, in writing, a history of all your actions and communications regarding me, my case, or the status of any-and-all information that may have influenced others to draw a conclusion favorable or unfavorable of me. Please bear in mind that if you (Louis Sepe and his associate Amber Gordon at LACBA) are not forthright, you may be called to testify under oath to provide the names, titles, and positions of those that you (Sepe and Gordon) have discussed my case, my history, or state of being, this includes Judges, District Attorneys, officers and executives of LACBA, or any officers of the court specifically, to state and provide code provision of state of California and any other state that entitles you (Louis Sepe) from violating the conflict of interest, when another attorney also from LACBA by the name of JOHN URIBE is of good conscious who declined to violate the conflict of interest

AFFIDAVIT—page - 6

to represent me that Mr. Uribe declines to engage in on june of 2023.

You have 3 business days Louis Sepe and Amber Gordon and LACBA to respond to provide the information requested above. Not responding will single the conspiracy that Louis Sepe in particular and Gordon have participated in, so I urge both of you with LACBA, to come clean and use evidence that will be at question as we further our findings.

I reserve the right to request further information of your persons (Louis Sepe and Amber Gordon) as our investigation continues to reveals pertinent facts of the collution that is becoming more and more apparent regarding any evidence that will be at question as we furthers our findings.

Respectfully,

Maha Visconti (MogADDEM)

Signature: _____

Maha Visconti
(ELREGRAGUI mogADDum)

FORCED ATTORNEY:

《The Law does not stipulate that the court or anyone has the right to have counsel (lawyer) forced upon an accused who "does not want one".》 State vs Pemberville, 2 Utah 2d 281, 272 P 2d 197; Moore vs State of Michigan, 355 U.S. 155, 78 S, Ct 191. 2L Ed. 167

My Life is in the greatest danger by a criminal called Louis Sepe, a total stranger to me who never once discussed discovery. I saw this person once in Jail for 5 minutes total on Thursday December 7, 2023, where I only communicated in writing requesting Louis Sepe Responds in writing to my letters he ignored since September 22, 2023 To this date. This is Total threat to my life and violation of interenational Laws because I never permitted Louis Sepe to ever represent me.

AFFIDAVIT_Page 8

EXHIBIT

"4"

Date: December 25, 2023

From: MAHA MOGADDEM (Visconti)
Century Regional Det. Facility
BK# 6663784
11705 S. Alameda Street
Lynwood, California 90262

Attention: Louis Sepe at "LACBA"
Attorney FOR Los Angeles County Bar Panel
Association for INDIGENT Defendants, also
known as "IDP" (INDEPENDENT DEFENDANT
Program)
Louis Sepe State Bar Number
12304 Santa monica Blvd, ste Box 300
Los Angeles, CALiFornia
Zip code 90025

Telephone : (310) 450-8054
cellular : (310) 567-6161
Email : lousepe@ca.rr.com

Subject matter: Your Forceful representation against my
wish nor approval and in violation of the
conflict of Interest that Permanently
exists with YOUR PERSON AND LACBA from
Litigation in Federal Court.
page-1

Louis Sepe at LACBA,

1) I will start this urgent letter complaint by reminding your person once more that you are NOT my attorney, nor was ever at anytime my attorney, nor will ever have that priveledge to be my attorney. You are a criminal, a violator of International Laws, a pathological serial liar, a Hacker to my life, causing me serious endangerement, and a crooked agent of State court Judge Joseph Burghardt, Lauren Weis Bienstein (next door from Burghardt) and their gang of conspirators and abusers of the law. And that is my opinion of you as per my 1st Amendement Right in United States of America.

2) Secondly, I will also start this letter complaint by reminding your person that the company you represent "LACBA" and your partner at "LACBA" Amber Gordon are the sole reason I have been incarcerated in jail hostage for the past over 4 months, that is over 8 months of jail time, also because of you. Based in this indisputable fact only, there is no way in earth that those who placed me by pure Fraud, in jail (without a police report nor any criminal case mainly LACBA and Gordon victims to anything), are the same individuals/company who are now trying to forcefully represent me in the Bogus case of Pinto case No. SA098438 at Airport Courthouse. And forcing yourself on me is a crime and illegal as per International Laws.

PAGE - 2

So STOP stating as indicated on the face of your email that you are my attorney, when you are NOT; You are an attorney and agent of Judge Joseph Burghardt and his cronies and falsifiers of records from the Los Angeles District's Attorney's office, shopping around for attorneys at LACBA like you to put me in Jail, like they have successfully done through your associate Amber Gordon at LACBA, and now "You" Louis Sepe to secure a false conviction through depriving me, blocking me, delaying me, and preventing me from having my files of 5 boxes back, and in of being able to organize and put my evidence together to dismiss this (another) False Police report by Pinto in case No 1098438; so that Judge Burghardt and his associates in this again Vendetta from Los Angeles District Attorney's office, secure a false and fraudulent conviction through you Louis Sepe; so they can justify 4 years of Jail time I have served and continue to serve by pure fraud on the court because of this case of Pinto SA098438, since me and my private attorney George Murphy refused to take a Plea deal on 3/1/2023 offered by Judge Joseph Burghardt and DA Jenna Franklin in his private chambers, other then a Full Dismissal. Burghardt and Franklin did not like that and that same day of 3/1/2023 removed by force my private attorney Mr. Murphy; who was helping me a great deal conducting extensive Discovery preparation for my defense. Judge Burghardt interupted my Discovery important work and took 5 entire Boxes of (my files and Documents from my

DADE-3

private attorney George murphy on March 16, 2023 and give my
files and confidential records to a stranger" GORDON AT LACBA.
To this date my 5 boxes of my files/Documents in the case of Pinto
SA098438 have not been returned back to me, and my authorized
counsel(s)/representatives for over 10 months; when the Honorable
Judge Bianco removed GORDON on 4/12/2023 from forcefully
posing as an attorney and ordered Gordon to return my 5 boxes
of Files/Discovery that Judge Burghardt blocked me in cahoots
with Gordon from receiving at the time Burghardt did not have
jurisdiction to rule on anything including my files, since there was
a stay on the criminal case of Pinto SA098438 pending competency
proceedings at Hollywood Mental health court that lasted from
march 2, 2023 to August 21. These 5 Boxes of my personal files
ended up in your possession without my personal consent nor
approval, when you could have declined to accept receiving my
5 boxes of Documents; like, Previously, attorney at LACBA, JOHN
URIBE declined and firmly refused to violate the conflict
of interest with LACBA (the same company you represent to
forcefully pose as an attorney in my case); when Judge martha
matthews at Hollywood Mental Health Court( a judge who
mysteriously replaced Honorable James Bianco shortly after
his Honor Bianco had removed Amber Gordon at LACBA) where
matthews insisted that JOHN URIBE violates the conflict of interest
with LACBA and my person, as evidenced in (EXHIBIT "3")
(EXHIBIT "1") Removal OF GORDON, (EXHIBIT "2") THAT She Returns my
Files

as you can clearly see in this (EXHIBIT "3") and also (EXHIBIT "4"), JOHN URIBE FIRMLY Declined to HAVE THE HANDPICKED JUDGE MARTHA MATTHEWS CONVINCE AN LACBA ATTORNEY FROM FORCEFULY POSING AS MY ATTOREY. AND THAT IS EXACTLY WHAT YOU SHOULD HAVE DONE ON SEPTEMBER 6, 2023 IN THE COURTROOM DEPARTEMENT 83 OF JUDGE JOSEPH BURGHARDT TO THIS DATE SIMPLY BECAUSE YOU ARE :

(a) PROHIBITED BY LAW TO VIOLATE THE CONFLICT OF INTEREST

(b) YOU ARE NOT OBLIGATED TO BY AN ATTORNEY IN ANY CASE AND MUST Decline and WITHDRAW FROM POSING FORCELY AS AN ATTORNEY IN MY CASE WHEN YOU ARE PERSONALY SUED WITH LACBA BY MY PERSON

(c) YOU are NOT A PARTY TO THIS CASE OF PINTO AND ARE NOT BOUND BY ANY COURT ORDERS OF THIS COURT IN PINTO CASE 6A098438

(d) THOSE CLEAR RULES THAT APPLIED TO JOHN URIBE AT ALSO LA CBA, ALSO APPLY TO YOU LOUIS SEPE THAT YOU MUST DECLINE TO VIOLATE THE RULE OF LAW IN VIOLATING THE CONFLICT, BECAUSE YOU WILL NEVER BE CONFLICT FREE FROM POSING TO REPRESENT ME AGAINST MY WISH AND WITHOUT MY APPROVAL, while PLACING YOURSELF ABOVE THE LAW, INTERFERING WITH MY PERSONAL LIFE CAUSING ME SERIOUS AND OUTMOST ENDANGEREMENT

(e) WHEN YOU MUST DECLINE TO TAKE ON A CASE THAT IS Grade IV FROM OUTRAGEOUS CHARGE

OF LIFE SENTENCE , OF AN AGGRAVATED MAYHEM WHEN YOU ARE SUED BY my PERSON IN Federal court and were SERVED WITH COMPLAINT AND SUMMONS FOR YOU PERSONALLY Last Thursday DECEMBER 21, 2023 ; especially WHEN ME AND YOUR PERSON HAVE NEVER ONCE COMMUNICATED EVER ABOUT DETAILS OF THIS CASE AND EXTENSIVE DISCOVERY WORK FOR my DEFENSE SINCE YOU IGNORED All my letters AND NEVER ONCE Responded to this Date IN WRITING AS REPEATEDLY REQUESTED BY MY PERSON SINCE SEPTEMBE~ | 2023, But YOU SUDDENLY SCHEDULED TRIAL ON 1/8/2023 ON GRADE IV criminal Case WITH 5 FELONY CHARGES, endanGERING my ENTIRE LIFE , on December 12, 2023, whe~ YOU suddenly scheduled trial and WHEN YOU ARE A TOTAL STRANGER TO ME . To SABOTAGE my LIFE AND SECURE A FALSE CONVICTION THAT WILL END YOU PERSONALLY BEHIND BARS ; because WHAT YOU ARE DOING IS CRIMINAL AND VERY SERIOUS.

But, you personally chose not to decline to represent me as per your own personal choice , because you are in the picture to render service(s) to Judge Burghardt and his associates at Los Angeles District attorney shopping around for a criminal like you to facilitate a false conviction on Grade IV case , because they know well if I represent myself with all the evidence I have, and in also making sure I will pick the right jury who are fair and have no links nor connection to Burghardt and his group with Lauren Birnstein, that I will

For the form, and again the attorney visit room was not functioning and I specifically wrote down that you communicate w/ writing, you did read the note and got up and left within 5 minutes. Are you out of your mind or high on some type of Drugs. This is a Grade IV case of an added charge-fraudulently of an Aggravated mayhem of life sentence where I must conduct work and present evidence to dismiss the

Backraund and Chronology of
events involving involvement of
"LACBA" knalin as "IDP"
IN LOS ANGELES COUNTY
IN THE CASE OF MAHA VISCONTI's
PRIOR ATTORNEY ALBERT GREGORY PINTO
CASE No. SA098438

IN 2014 MAHA VISCONTI, alios maha ELREGRAGUi
MOQADDEM moved Permanently from THE STATE OF CALIFORNIA
TO HER NATIVE COUNTRY MOROCCO, AND WASHINGTON DC/ARLINGTO

ON OCTOBER OF 2016, MAHA VISCONTI MADE MISTAK TO SIGN
AGREEING TO BE EXPEDITED TO STATE OF CALIFORNIA FROM A
BOGUS CHILD CUSTODY CASE OPENED By CRIMINAL JOHN VISCONTI
( A criminal WHO CAME IN TO UNITED STATES OF AMERICA WITH A
STOLEN IRANIAN PASSPORT BY THE NAME OF BEJAN MANOCHERI AND
WHO REPORTEDLY FAKED HIS OWN DEATH TO AVOID BEING SENTENCED
OR 13 YEARS IN FEDERAL PRISON AFTER HE WAS CONVICTED AND
FOUND GUILTY OF DEFRAUDING USA AND maha EL MOQADDEM)
AND FALSIFIERS OF COURT RECORDS AND FACTS AT THE LOS.
ANGELES DISTRICT ATTORNEYS OFFICE WORKING FOR CRIMINAL,
JOHN VISCONTI WITH A STOLEN IDentity, Like DA "Deanne Castorena
kelly Hawick, "Manuel Garcia" and THEIR VIP SUPERVISORS,
who, as a favor to JOHN VISCONTI", TARGETED MAHA EL MOQADDEM
TO FRAUDULENTLY PUT HER IN JAIL FROM FALSE AND BOGUS
POLICE REPORTS that were Proven to BE FALSE, AND A SIMPLE
CHILD CUSTODY ORDER FROM THE LENGTHLY DIVORCE Case,

by constantly manipulating and controlling criminal attorneys to
work for them, and against the best interest of maha el
MOQADDEM.

On the first week of July's 2017, Criminal John Visonti
sent Albert Gregory Pinto (A broke attorney with no cases who
was fired from Homeland security office in washington DC/Virginia,
a trespasser, who comes from AN ORGANIZED CRIMES DISFUNCTIONAL
family Backround who were raided By FBI IN 70s and 80s), to
approach maha EL MOQADDEM IN COURT DURING DIVORCE proceeding
to perpetrated AND FORM A fake POLICE REPORT AGAINST HER
ON JULY 12, 2018 that resulted TO THE OPENING OF CRIMINAL
CASE No. SA098438 THAT IS NOW IMPROPERLY AND BY PURE
CHOICE OF JUDGE LAUREN WEIS BIRNSTEIN AND HER GROUP
BEFORE STATE COURT JUDGE JOSEPH BURGHARDT IN DEP 83 OF
AIRPORT COURTHOUSE, STAGED RIGHT NEXT DOOR FROM LAUREN
WEIS BIRNSTEIN IN DEP 83 WHO STILL micromanages this case.

From July 12, 2018 TO DECEMBER 1, 2019 (FOR 1 and half
years straight) MAHA VISONTI WAS by PURE FRAUD ON THE COURT
MADE BY PREVIOUS JUDGE IN THE PINTO CASE SA098438, Judge
JPINDER S. KALRA, incorcerated because OF THIS CASE OF PINTO
SA098438 FROM A FRAUDULENT RULING ISSUED on 12/24/2018
IN CHILD Custody CASE BA449560 BUT BECOUSE OF THE CASE
OF PINTO SA098438. MAHA Visonti did not know nor understand
why she was sentenced to jail because of the Pinto case SA098438
when she was never convicted nor found guilty of Pinto's Police
report(s) formed in mid 2018. It was until September of 2022
that THE PRIVATE attorney of maha Visconti, George murphy found

out that Maha Visconti was not on any probation when this criminal case of Pinto was formed SA098438. The only Probation from the child custody Plea Deal case BA449560 was terminated on July 18, 2017; one entire year before Pinto's Police report(s) were formed against her in mid 2018. But Maha Visconti was sentenced she violated Probation because of Pinto's criminal case without a jury trial that resulted to her incarceration for 1 and half years straight; that is equivalent to 3 years jail time served because of the Pinto case SA098438 By Pure fraud on the court. Both judicial officers assigned to this case of Pinto SA098438 who replaced Judge Upinder Skalra, by the names of Lauren Weis Birnstein and Joseph Burghardt ignored and covered up this major Fraud on the court committed because of the Pinto case SA098438.

ON OR ABOUT December 2, 2019, Maha Visconti was released from being in jail fraudulently, without any newly Alleged crime, nor any Grand jury Approval, nor any Preliminary Hearing ever conducted on now count 3, An aggravated mayhem of life sentenced was added by District Attorney's of Los Angeles same group with John Visconti, that was filed on December 4, 2019, and illegally approved without due mandatory process by Judge Lauren Weis Birnstein in her Dept 83 At Airport court, a judge who is known to violate 170.6 challenge form process and handpicks herself to cases of her own personal choice, who approved adding this Life sentence unjustified charge on 01/17/2020, the same day attorney Henry Russell Halpern was the attorney of records until May of 2022, when Halpern was forced to be removed from this case of Pinto SA098438.

Page_3

During the entire 2 and half years of representation by Henry Russell Halpern, He played a major role of an agent to Lauren Weis Bienstein engaging wi secretive emails and phone communications with Lauren Bienstein off the records of the court and without the knowledge nor presence of Maha Visconti. These secret communications off records of the court were uncovered by private attorney George Murphy, who was receiving personal phone calls from Lauren Bienstein on May and June of 2022, That George Murphy exposed and refused to engage in receiving any calls without a court scheduled hearing and a court reporter present with the presence of Maha Visconti. And that is when Judge Lauren Bienstein started forcing an attorney from LACBA on MAHA VISCONTI by the name of Janicemarie Allard, that did not work for Bienstein.

ON APRIL 14, 2022, Attorney Russell Halpern Admitted in the Courtroom of Bienstein to his misconduct for sexual abuse against his client Maha Visconti and was forced to be removed from the case.

ON MAY of 2022 Private attorney George Murphy replaced Halpern (the attorney for 2 and half years who did zero Discovery work in favor of Maha Visconti's Defense)

ON March 1, 2023, Judge Joseph Burghardt [who replaced Lauren Weis Bienstein (who was forced to recuse herself on 9/13/20... by pure design through being hand picked in this case of Pinto By Bienstein and her group], asked George Murphy to go to his back chambers with DA Jenna Franklin, to offer a Plea Deal by Burghardt, to take off the Aggravated Mayhem charge (life sentence) and have time served of 3 years spent

in jail, and spend an additional 6 to 10 months in jail
George Murphy and Maha Visconti refused to accept this plea
Deal only a full Dismissal of Case SA098435. Burghardt and
Franklin did not like that and conspired together that same
day in the afternoon to remove by force George Murphy.
   On March 2, 2023, Burghardt forced Amber Gordon on
Maha Visconti, from LACBA. There are 2 Companies at Los
Angeles County for Civil State Criminal Cases that are
(1) the Public Defender's Office and (2) LACBA known as
"IDP." that is Los Angeles County Bar Panel Association
For indigent Defendant who have attorneys to represent
Defendants who are indigent and Cannot afford a private
attorney. Maha Visconti has a permanent Conflict with both
the Los Angeles Public Defender's Office as well as LACBA
from litigation of malpractice against attorneys at LACBA
who defrauded her in the case of Pinto.

Without a SHADOW OF A DOUBT DISMISS THIS BOGUS POLICE REPORT OF PINTO IN CASE No SA098438, Just Like I successfully Dismissed THE BOGUS POLICE REPORT FROM PARKING LOT by John VISCONTI THAT WAS FRAUDULENTLY FOR ME AGAINST ME ON 7/6/2017, as well As ANOTHER BOGUS CRIMINAL CASE FOR KIDNAPING CHARGE By DISTRICT ATTORNEY'S OFFICE OF LOS ANGELES FORMED Also FRAUDULENTLY AGAINST ME ON 4/28/2017 That I ALSO DISMISSED WHILE I WAS IN PRO-PER REPRESENTING myself.

3) Third, you have failed as an officer of the court to answer as repeatedly requested my Letters of September 22, 2023 and 4 additional letters to this date. This is extremely serious and your failure to provide a Code Provision worldwide that will entitle you to violate the conflict is of great concern and seriousness. on 12/12/2023, while evading to communicate in writing after a hearing, while rushing around and threatening me that I could go up to the president of USA and you would care less. Really Louis Sope. You are so confident of yourself that you place yourself above the law. Since 9/6/2023 NEVER ONCE COMMUNICATE about any Discovery or anything of 5 combined outrageous charges until you showed up for the first time at the Jail on December 7, 2023, when the attorney Visit room was not functioning but spent barely 5 minutes and got up and left, and then a second time last thursday December 14, 2023, where once more showed up for the

Page 7

EXHIBIT

"5"

/DECEMBER 19, 2023

AFFIDAVIT OF
MAHA VISCONTI (MOQADDEM)

Case No. SA098438

People of the state of California

Vs.

Maha Visconti (MOQADDEM)

RECEIVED
Superior Court of California
County of Los Angeles

DEC 2 2 2023

David Slayton
Sheriff B-Carter, Executive Officer/Clerk of Court

By: Debra Barraza, Deputy

TO THE SUPERVISING JUDGE OF LOS ANGELES
COUNTY CRIMINAL COURTS Hon RICARDO OCAMPO
Judge JOSEPH BURGHARDT, Clerk of
LOS ANGELES SUPERIOR Court,
AIRPORT COURTHOUSE AND DISTRICT
ATTORNEY'S OFFICE OF LOS ANGELES
COUNTY :

I, maha submit this Affidavit that
my name is not "MAHA PINTO", NOR was I
EVER NAMED "PINTO" IN ANY FORM OF ID,
IDentification as FALSELY STATED ON THE

FACE OF THE COURT DOCKET OF CRIMINAL BOGUS
CASE, FORMED AGAINST ME, BY MY PRIOR ATTORNEY
"ALBERT GREGORY PINTO."

MY ATTORNEY GEORGE MURPHY REPEATEDLY
REQUESTED THAT I AM NOT CALLED PINTO, BUT THAT
WAS NEVER CORRECTED NOR RECTIFIED.

ON AUGUST 30, 2023 and SEPTEMBER 6, 2023,
AND VARIOUS TIMES INFORMED JUDGE BURGHARDT ON
THE COURT RECORDS THAT MY legal name is NOT
PINTO NOR WAS EVER NAMED "PINTO," THAT MY NAME
IS MAHA VISCONTI OR MOQADDEM.

IN TOTAL DISREGARD, JUDGE JOSEPH Burghardt
ONCE MORE CALLED THE CASE AND CALLED ME
MAHA EL "PINTO" MOQADDEM. AGAIN MY NAME IS
NOT PINTO AND JUDGE BURGHARDT DELIBERATELY
AND IMPROPERLY AND INCORRECTLY CALLING
ME "PINTO" ON DECEMBER 4, 2023 HEARING IS
Totally DISRESPECTFUL AND NOT APPROPRIATE.

THE COURT AND ITS clerk and THE DISTRICT
ATTORNEY ARE NOT EVEN capable of CORRECTING

MY LEGAL NAME that is evidently MAHA VISCONTI OR MAHA MOGADDEM.

THE NAME "PINTO" MUST BE DELETED OUT AND ERASED FROM THE COURT DOCKET AS MY NAME IN CASE No. SA098438 IMMEDIATELY AND WITHOUT ANY FURTHER DELAYS. Thank you.

SUBMITTED TO THE COURT AND DISTRICT ATTORNEY's OFFICE ON DECEMBER 19th, 2023

Respectfully Submitted

Signature : Maha Visonti

Maha Visconti, (MOGADDEM)
PRO-PER